

NUMBER 13-09-00291-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE: DURA AUTOMOTIVE SYSTEMS, INC. AND
DURA AUTOMOTIVE SYSTEMS, INC. D/B/A
HANNIBAL CABLE OPERATIONS

On Petition for Writ of Mandamus,
Emergency Motion for Immediate Temporary Relief, and
Motion for Instruction to Trial Court.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Per Curiam Memorandum Opinion[1]

Relators, Dura Automotive Systems, Inc. and Dura Automotive Systems, Inc. d/b/a Hannibal Cable Operations, filed a petition for writ of mandamus, an emergency motion for immediate temporary relief, and a "motion for instruction to trial court to reduce its ruling to a signed and dated order," in the above cause on June 1, 2009. On June 2, 2009, the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

real parties in interest filed a response to relators' emergency motion for temporary relief.

The Court, having examined and fully considered the petition for writ of mandamus, the accompanying motions, and the real parties' response to the motion for immediate temporary relief, is of the opinion that relators have not shown themselves entitled to the relief sought. Accordingly, the petition for writ of mandamus and the aforementioned motions are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 2nd day of June, 2009.